511 S.E.2d 304 (1999)
350 N.C. 90
Wayne Jack BOYD and Linda Boyd
v.
Ezra B. DRUM, Jessie S. Drum, Balls Creek Salvage Co., Inc., James G. Read and Balls Creek Salvage Co. Auto Dismantlers & Recyclers, Inc.
No. 261A98.
Supreme Court of North Carolina.
March 4, 1999.
Ruff, Bond, Cobb, Wake & Bethune, L.L.P., by Robert S. Adden, Jr., Charlotte, for plaintiff-appellants.
Waddell, Mullinax & Williams, L.L.P., by Lewis E. Waddell, Jr., Newton, for defendant-appellees Ezra and Jessie Drum and Balls Creek Salvage Co., Inc.
PER CURIAM.
AFFIRMED.